■ In the Matter of MARY ELIZABETH WITT, Appellant, v TOWN OF AMHERST, Respondent. (Appeal No. 1.) [793 NYS2d 796]— Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered January 30, 2004. The order denied claimant's application for leave to serve a late notice of claim.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Pine, JJ.